Vespasian Warner, appellee, v. J. Howard McKinney et al., appellants. Gen. No. 7,680.

Mandamus to compel extension of drainage system and levy of assessment. Judgment for plaintiff. Appeal from the Circuit Court of DeWitt county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion

filed June 17, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Herrick & Herrick, for appellants. L. O. Williams and F. K. Lemon, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.